# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5062**　　　　　　　　　　　　　　　　　　　**September Term, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　**1:22-cv-02292-CKK**

　　　　　　　　　　　　　　　　　　　**Filed On: March 24, 2023** [1991691]

United States of America,

　　　　　Appellee

　　v.

Peter K. Navarro,

　　　　　Appellant

### O R D E R

　　The notice of appeal was filed on March 22, 2023, and docketed in this court on March 24, 2023. It is, on the court's own motion,

　　**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 24, 2023 |
| Docketing Statement Form | April 24, 2023 |
| Entry of Appearance Form | April 24, 2023 |
| Procedural Motions, if any | April 24, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 24, 2023 |
| Statement of Issues to be Raised | April 24, 2023 |
| Transcript Status Report | April 24, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | April 24, 2023 |
| Dispositive Motions, if any | May 8, 2023 |

It is

　　**FURTHER ORDERED** that appellee submit the documents listed below by the

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5062**　　　　　　　　　　　　　　　　　　September Term, 2022

dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 24, 2023 |
| Entry of Appearance Form | April 24, 2023 |
| Procedural Motions, if any | April 24, 2023 |
| Dispositive Motions, if any | May 8, 2023 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Amanda Himes
　　　Deputy Clerk

The following forms and notices are available on the Court's website:

　　　Civil Docketing Statement Form
　　　Entry of Appearance Form
　　　Transcript Status Report Form
　　　Request to Enter Appellate Mediation Program
　　　Notice Concerning Expedition of Appeals and Petitions for Review
　　　Stipulation to be Placed in Stand-By Pool of Cases