# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** USA

v. Navarro

**Case No:** 23-5062

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States of America

### Counsel Information

Lead Counsel: Jennifer L. Utrecht

Direct Phone: (202) 353-9039    Fax: (   )    Email: jennifer.l.utrecht@usdoj.gov

2nd Counsel: Gerard Sinzdak

Direct Phone: (202) 514-0718    Fax: (   )    Email: gerard.j.sinzdak@usdoj.gov

3rd Counsel:

Direct Phone: (   )    Fax: (   )    Email:

Firm Name:

Firm Address:

Firm Phone: (   )    Fax: (   )    Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)