ADDENDUM

ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>Plaintiff-Appellee  <br>  <br>v.  <br>  <br>PETER K. NAVARRO,  <br>Defendant-Appellant. | No. 23-5062 |

## CERTIFICATE OF PARTIES

Plaintiff-Appellee is the United States of America, by the U.S. Department of Justice. Defendant-Appellant is Dr. Peter K. Navarro. In the District Court, there were no additional parties and no amici.

Dated: March 30, 2023

Respectfully Submitted,

　　*/s/ Stanley E. Woodward, Jr.*
(D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Appellant Peter K. Navarro*