# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER K. NAVARRO,<br>　　　　Defendant. | Civil Action No. 22-2292 (CKK) |

## ORDER AND JUDGMENT
(March 9, 2023)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendant's [9] Motion to Dismiss is **DENIED**.  It is further

**ORDERED**, that Plaintiff's [7] Motion for Summary Judgment is **GRANTED**.  It is further

**ORDERED**, that Defendant shall produce to Plaintiff the 200 to 250 documents that his counsel has identified as Presidential records **forthwith**.  It is further

**ORDERED**, that, on or before **thirty days** after the entry of this Order, the parties shall MEET AND CONFER to discuss the search terms and methodology used, or to be used, to unequivocally identify Presidential records in Defendant's possession. If the parties reach agreement on the search terms and methodology, their implementation to identify records should thereafter proceed, and all Presidential records identified thereby shall be expeditiously produced.  Once the records search and production have been completed, Plaintiff shall file a notice indicating that the judgment entered herein has been satisfied.  If, however, the parties fail to reach agreement on search terms and methodology, the parties shall, no later than **seven days** after their meet-and-confer, file a joint status report explaining how they intend the Court to enforce the judgment entered herein.

　　　　**SO ORDERED**.

Date:  March 9, 2023

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　United States District Judge