# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>   v.<br><br>PETER K. NAVARRO,<br>        Defendant. | Civil Action No. 22-2292 (CKK) |

**ORDER**
(March 28, 2023)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendant's [18] Motion for Stay Pending Appeal is **DENIED**.

**SO ORDERED**.

Date:  March 28, 2023

                                                          /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge