# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5062** | **September Term, 2022** |
| | **1:22-cv-02292-CKK** |
| | **Filed On:** March 31, 2023 |

United States of America,

      Appellee

    v.

Peter K. Navarro,

      Appellant

      **BEFORE:**    Millett, Wilkins, and Rao, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for a stay, it is

      **ORDERED** that appellee file a response to the emergency motion by 12:00 noon on Thursday, April 6, 2023. Appellant may file a reply by 12:00 noon on Monday, April 10, 2023.

      In addition to filing electronically, the parties are directed to hand-deliver the paper copies of their submissions to the court by the time and date due.

### Per Curiam

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                       BY:    /s/
                                   Amanda Himes
                                   Deputy Clerk