APPEAL NO. 23-5062

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

PETER K. NAVARRO,                                                   APPELLEE

v.

UNITED STATES OF AMERICA,                                      APPELLANT.

APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
1:22-cv-2292 (CKK)

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S PRINCIPAL BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 28(e), Appellant Peter K. Navarro, hereby moves for an extension of time within which to file its principal brief. That brief is currently due July 7, 2023. Dr. Navarro respectfully requests that the deadline for filing the principal brief be extended thirty (30) days, to and including August 19, 2023. Counsel has conferred with government counsel for Appellee and government counsel does not oppose the requested extension.

This is Dr. Navarro's first request for an extension. The extension is necessary because the original briefing period fell over the Independence Day Holiday, and undersigned counsel has had to travel to Miami, Florida for two

proceedings in the last two weeks, and begins a Bench Trial in this District on Monday, July 10, 2023, among other prior commitments.

This motion is made in good faith and not for the purpose of delay. Appellee does not oppose the requested extension. Accordingly, for the reasons stated herein, Dr. Navarro respectfully requests that this motion be granted and that the due date for filing his principal brief be extended to and including August 19, 2023.

Dated: July 6, 2023         Respectfully submitted,

                                */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant/Appellant Dr. Peter K. Navarro*

**CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to Fed. R. App. P. 27(d)(2)(A) that the foregoing motion complies with the type-volume limitation because it contains no more than 5,200 words. I further certify that this motion, pursuant to Fed. R. App. P. 27(d)(1)€ complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typeface style requirements of Fed. R. App. P. 32(a)(6) because the brief was prepared in 14-point Times New Roman font using Microsoft Word.

/s/
Stanley Woodward Jr.

**CERTIFICATE OF SERVICE**

I hereby certify, pursuant to Fed. R. App. P. 25(c), that on July 5, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

/s/
Stanley Woodward Jr.