# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5062**                      **September Term, 2022**

**1:22-cv-02292-CKK**

**Filed On: July 6, 2023** [2006532]

United States of America,

       Appellee

   v.

Peter K. Navarro,

       Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file its principal brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | August 7, 2023 |
| Appendix | August 7, 2023 |
| Appellee's Brief | September 6, 2023 |
| Appellant's Reply Brief | September 27, 2023 |

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

          BY:    /s/
                   Michael C. McGrail
                   Deputy Clerk