# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5062**                         **September Term, 2022**

**1:22-cv-02292-CKK**

**Filed On: August 1, 2023** [2010498]

United States of America,

       Appellee

   v.

Peter K. Navarro,

       Appellant

### O R D E R

Upon consideration of appellant's unopposed motion for second extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---:|
| Appellant's Brief | September 6, 2023 |
| Appendix | September 6, 2023 |
| Appellee's Brief | October 6, 2023 |
| Appellant's Reply Brief | October 27, 2023 |

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                 BY:     /s/
                                           Michael C. McGrail
                                           Deputy Clerk