APPEAL NO. 23-5062

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

PETER K. NAVARRO,                                          APPELLEE

v.

UNITED STATES OF AMERICA,                                  APPELLANT.

APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
1:22-cv-2292 (CKK)

UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME
TO FILE APPELLANT'S PRINCIPAL BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 28(e), Appellant Peter K. Navarro, hereby moves for an extension of time within which to file its principal brief. That brief is currently due September 6, 2023, after the granting of an initial unopposed motion for extension to file. Dr. Navarro respectfully requests that the deadline for filing the principal brief be extended thirty (30) days, up to and include October 6, 2023. Counsel has conferred with government counsel for Appellee and government counsel signified that they do not oppose the requested extension.

This is Dr. Navarro's third request for an extension. The extension is necessary because there is a pending government motion in the trial court that could affect the contents of the appeal brief.

This motion is made in good faith and not for the purpose of delay. Appellee does not oppose the requested extension. Appellant does not oppose a concurrent extension of the Appellee's deadline to file their brief. Accordingly, for the reasons stated herein, Dr. Navarro respectfully requests that this motion be granted and that the due date for filing his principal brief be extended to and including October 6, 2023.

Dated: August 30, 2023     Respectfully submitted,

                                */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant/Appellant Dr. Peter K. Navarro*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 27(d)(2)(A) that the foregoing motion complies with the type-volume limitation because it contains 197 words and therefore, not more than 5,200 words. I further certify that this motion, pursuant to Fed. R. App. P. 27(d)(1)(E) complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typeface style requirements of Fed. R. App. P. 32(a)(6) because the brief was prepared in 14-point Times New Roman font using Microsoft Word.

/s/
Stanley Woodward Jr.

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. P. 25(c), that on August 30, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

/s/
Stanley Woodward Jr.