# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-5062**                       **September Term, 2023**

1:22-cv-02292-CKK

Filed On: September 1, 2023 [2015048]

United States of America,

        Appellee

    v.

Peter K. Navarro,

        Appellant

**O R D E R**

Upon consideration of appellant's unopposed motion for a second extension of time to file the principal brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | October 6, 2023 |
| Appendix | October 6, 2023 |
| Appellee's Brief | November 6, 2023 |
| Appellant's Reply Brief | November 27, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk