# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5062**                       **September Term, 2023**

**1:22-cv-02292-CKK**

**Filed On: October 3, 2023** [2020221]

United States of America,

    Appellee

  v.

Peter K. Navarro,

    Appellant

## **O R D E R**

Upon consideration of appellant's unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | November 6, 2023 |
| Appendix | November 6, 2023 |
| Appellee's Brief | December 6, 2023 |
| Appellant's Reply Brief | December 27, 2023 |

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                          BY:    /s/
                                    Michael C. McGrail
                                    Deputy Clerk