# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5062**  September Term, 2023

1:22-cv-02292-CKK

Filed On: November 29, 2023 [2029145]

United States of America,

      Appellee

  v.

Peter K. Navarro,

      Appellant

**O R D E R**

Upon consideration of appellee's consent motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | January 5, 2024 |
| Appellant's Reply Brief | January 26, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk