# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 23-5062**            **September Term, 2023**

1:22-cv-02292-CKK

**Filed On: February 1, 2024** [2038375]

United States of America,

    Appellee

    v.

Peter K. Navarro,

    Appellant

### O R D E R

    The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the briefs. <u>See</u> Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                BY:    /s/
                            Michael C. McGrail
                            Deputy Clerk