**No. 23-5062**                       **September Term, 2023**

**1:22-cv-02292-CKK**

**Filed On:** May 23, 2024

United States of America,

      Appellee

  v.

Peter K. Navarro,

      Appellant

    **BEFORE:**    Pillard, Childs, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of appellant's petition for panel rehearing filed on May 13, 2024, it is

**ORDERED** that the petition be denied.

**Per Curiam**

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                    BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk