# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5062** | **September Term, 2023** |
| | **1:22-cv-02292-CKK** |
| | **Filed On:** May 23, 2024 |

United States of America,

    Appellee

  v.

Peter K. Navarro,

    Appellant

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas*, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk
      BY:   /s/
                Daniel J. Reidy
                Deputy Clerk

\* Circuit Judge Katsas did not participate in this matter.