# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-5062                           September Term, 2023

1:22-cv-02292-CKK

Filed On: May 31, 2024 [2057329]

United States of America,

       Appellee

   v.

Peter K. Navarro,

       Appellant

## M A N D A T E

In accordance with the judgment of April 1, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                        BY:     /s/
                                               Daniel J. Reidy
                                               Deputy Clerk

Link to the judgment filed April 1, 2024