# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5062**  **September Term, 2022**

**1:22-cv-02292-CKK**

**Filed On: May 3, 2023** [1997752]

United States of America,

    Appellee

  v.

Peter K. Navarro,

    Appellant

## O R D E R

It is **ORDERED** on the court's own motion, that the parties file motions to govern future proceedings in this case by May 17, 2023.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Amanda Himes
Deputy Clerk