UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

-----------------------------------------------------

**UNITED STATES OF AMERICA**,                Appeal No. 23-5062
                                              Argument Not Yet Scheduled

                    Appellee,

        v.

**PETER K. NAVARRO**,

                    Appellant.

-----------------------------------------------------

## **UNOPPOSED MOTION TO GOVERN FUTURE PROCEEDINGS**

On March 3, 2023, the Clerk of this Court issued an order requiring that the parties file motions to govern future proceedings in this appeal. The parties have not conferred as to specific terms of a proposed schedule, but counsel for the government, "does not oppose and that it is appropriate for the court to establish a briefing schedule for the appeal." In light of the government's position, Dr. Navarro respectfully requests that the Court set a standard briefing schedule.

[SIGNATURE ON NEXT PAGE]

1

Dated: May 17, 2023	Respectfully submitted,

	_____/s/ Stanley E. Woodward, Jr._____
	Stanley E. Woodward, Jr.
	(D.C. Bar No. 997320)
	Brand Woodward Law, LP
	1808 Park Road NW
	Washington, D.C.
	202-996-7447 (telephone)
	202-996-0113 (facsimile)
	Stanley@BrandWoodwardLaw.com

	*Counsel for Appellant Peter K. Navarro*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 27(d)(2)(A), that the foregoing motion complies with the type-volume limitation because it contains 80 words, and thus not more than 5,200 words. I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typeface style requirements of Fed. R. App. P. 32(a)(6), as required by Fed. R. App. 27(d)(1)(E), because the motion was prepared in 14-point Times New Roman font using Microsoft Word.

*/s/ Stanley Woodward Jr.*

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. P. 25(c), that on May 17, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

*/s/ Stanley Woodward Jr.*